[No. 44444-1-I.    Division One.    May 15, 2000.]

PETER A. SCHAUB, *Appellant*, v. KIRTICINA E. TWINE, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 97-2-26911-3, Michael J. Fox, J., entered April 7, 1999. *Affirmed* by unpublished opinion per Webster, J., concurred in by Kennedy and Appelwick, JJ.

[No. 44452-2-I.    Division One.    May 15, 2000.]

MARTHELMA TARVER, *Individually and as Personal Representative, Appellant*, v. E.J. BARTELLS CO., *Defendant*, RAPID-AMERICAN CORPORATION, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 97-2-28900-9, Joan E. DuBuque, J., entered March 26, 1999. *Reversed* by unpublished opinion per Coleman, J., concurred in by Becker, A.C.J., and Baker, J.

[No. 44861-7-I.    Division One.    May 15, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL JAMES VAUGHAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-8-02923-3, John M. Darrah, J., entered June 25, 1999. *Reversed* by unpublished per curiam opinion.

[No. 44871-4-I.    Division One.    May 15, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON J. VANDERPOL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-01270-1, Sharon S. Armstrong, J., entered June 28, 1999. *Affirmed* by unpublished per curiam opinion.